UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMED ABDALLA | ) | 1:02-CV-5453 REC SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (DOCUMENT #73) |
| v. | ) | |
| M. C. KRAMER, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | ORDER DENYING EXTENSION OF TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION (DOCUMENT #75) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 17, 2005, plaintiff filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment of July 5, 2005. Good cause appearing, plaintiff's motion shall be granted.

On September 26, 2005, defendants filed a motion for extension of time to file a reply to plaintiff's opposition to the motion for summary judgment. Defendants stated that they received a copy of plaintiff's opposition on September 20, 2005; however, plaintiff has not filed the opposition with the court. Because the opposition has not been filed with the court, defendants' motion for extension of time is premature and shall be denied without prejudice to renewal at a later time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file an opposition to defendants' motion for

summary judgment is GRANTED until <u>October 7, 2005</u>; and

2. Defendants' motion for extension of time to file a reply to plaintiff's opposition is DENIED without prejudice to renewal at a later time.

IT IS SO ORDERED.

**Dated:    September 27, 2005**                           <u>       /s/ Sandra M. Snyder       </u>
b6edp0                                                                          UNITED STATES MAGISTRATE JUDGE