# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABDALLA, | CV F 02 5453 REC SMS P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR PRODUCTION OF DOCUMENTS (Doc. 76.) |
| KRAMER, ET. AL., | |
| Defendants. | |

Mohamed Abdalla ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 23, 2005, Plaintiff filed a Motion for Court Ordered Production of Documents wherein he asks the Court to require Defendants to provide him with a complete copy of his deposition transcript.

On November 4, 2004, the Court issued a Scheduling Order designating a discovery deadline of May 6, 2005. Plaintiff made his request for the production of documents on September 23, 2005, well after the discover deadline and thus, his request is untimely and must be denied.

1

1  Even had Plaintiff timely filed his request, Plaintiff is not entitled to an Order requiring
2  Defendants to produce to him a complete copy of his deposition transcript.  Nothing in the
3  Federal Rules of Civil Procedure entitles Plaintiff to a complete free copy of his deposition
4  transcript.   If Plaintiff wishes to obtain a copy for his own records, he must pay for it, pursuant
5  to Rule 30(f)(2) of the Federal Rules of Civil Procedure.
6  Accordingly, Plaintiff's Request for Production of Documents is DENIED.

IT IS SO ORDERED.

**Dated:   October 2, 2005**           **/s/ Sandra M. Snyder**
icido3                    UNITED STATES MAGISTRATE JUDGE