# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA,<br><br>    Plaintiff,<br><br>  v.<br><br>M.C. KRAMER, et. al.,<br><br>    Defendants.<br>_____/ | CV F 02-5453 REC SMS P<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT Dr. D.A. REXIN |

    Mohammed Abdalla ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On June 16, 2004, this Court issued an Order directing the United States Marshal to effect service of the summons and complaint on Defendant Rexin. (Court Doc. 51.) On September 24, 2004, the U.S. Marshal returned the service as executed on Defendant Rexin. (Doc. 63.) On September 24, 2004, Defendant waived service. In signing and returning the form, Defendant Chalmers acknowledged that judgment might be entered against her if she did not file an Answer or other appropriate Motion within sixty days of September 24, 2004. An Answer was filed by Defendants Witwer, Sydenstricker and Bird on October 22, 2004. However, to date, no Answer

1

or other appropriate Motion has been filed by Defendant Rexin.

    Accordingly, the Court HEREBY ORDERS:

1. Within **THIRTY (30) DAYS** from the date of service of this Order, Defendant Rexin shall SHOW CAUSE, in writing, why default should not be entered against him;

2. The Clerk of Court is DIRECTED to serve this Order on Defendant Rexin at the following address : Dr. D.A. Rexin, 149 NW First Street, West Valley Medical Center, Willamina, OR97396;

3. The Clerk of Court is also DIRECTED to serve a courtesy copy on the Office of the Attorney General.

IT IS SO ORDERED.

**Dated:   October 21, 2005**              /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE