1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

MOHAMMED ABDALLA

10                    Plaintiff,

11

12      v.

13  M.C. KRAMER, et. al.,

14                    Defendants.

15

CV F 02 5453 REC SMS P

ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 82.)

ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME (Doc. 84.)

ORDER GRANTING PLAINTIFF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

16      Mohammed Abdalla  ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

17  action filed pursuant to 42 U.S.C. § 1983.

18      On October 21, 2005, the Court issued an Order to Show Cause why Default should not

19  be entered against Defendant Rexin.  Defendant Rexin responded to the Order to Show Cause on

20  October 26, 2005.  On October 24, 2005, Defendant Rexin also moved for an extension of time

21  to file a late Answer.  According to the Declaration submitted by Counsel for Defendant Rexin,

22  Defendant Rexin did not inform the Office of the Attorney General that he had waived service

23  nor did he request representation.  It was only after the Court issued the Order to Show Cause

24  that the Office of the Attorney General contacted Defendant Rexin and arranged for

25  representation.  (Exh. B, Declaration of Mr. Lewis.)

26      Defendant Rexin has also requested an extension of time to file a late Answer and to also

27  reopen discovery based on the above information.  Plaintiff did not file an Opposition to this

28  Motion.  Accordingly, the Court HEREBY ORDERS:

1

1.   The Order to Show Cause issued on October 21, 2005, is DISCHARGED;

2.   The Motion to file a late Answer is GRANTED.  Defendant Rexin's Answer is due within twenty (20) days of the date of service of this Order.  Upon the submission of the Answer, the Court will issue a Discovery and Scheduling Order setting forth deadlines for the filing of dispositive motions and discovery.

3.   The Court notes that Plaintiff did not file an Opposition to the Motion for Summary Judgment filed on July 5, 2005.[1]  The Court will grant Plaintiff time to file an Opposition or a Statement of Non-Opposition.  Plaintiff's Opposition or Non-Opposition to the Motion for Summary Judgment filed on July 5, 2005, is DUE WITHIN thirty (30) days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **November 9, 2005**                             **/s/ Sandra M. Snyder**
icido3                                                     UNITED STATES MAGISTRATE JUDGE

---

[1]The Court docket shows that Plaintiff requested an extension of time to file an Opposition on August 16, 2005, which was granted on September 28, 2005.  However, no Opposition is on file with the Court.  The Court notes further that Defendants moved for more time to file a Reply to the Opposition, however, it appears that although Defendants received an Opposition, no Opposition was filed with the Court.