# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA,<br><br>        Plaintiff,<br><br>   v.<br><br>M.C. KRAMER, et. al.,<br><br>        Defendant. | CASE NO. 02 5453 REC SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 71.) |

     Mohammed Abdalla ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     On July 5, 2005, Defendants filed a Motion for Summary Judgment.  To date, Plaintiff has not filed an Opposition to the Motion or a Statement of Non-opposition, as is required by the Local Rules.  Local Rule 78-230(m).

     Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to the Motion for Summary Judgment. **Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:**   **November 21, 2005**          **/s/ Sandra M. Snyder**
icido3                                          UNITED STATES MAGISTRATE JUDGE