UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABDALLA, | 1:02-cv-05453-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Docs. 25, 26) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS ONLY** |
| M.C. KRAMER, Warden, et al., | |
| Defendants. | |

   Plaintiff, Mohamed Abdalla ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On November 19, 2002, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff. On November 26, 2002, the court filed an Addendum to the Findings and Recommendations which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days therefrom. Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 19, 2002, are ADOPTED IN FULL;

2. This action proceed on plaintiff's eighth amendment claim for deliberate indifference to a serious medical need against defendants Sydenstricker, Rexin, Witwer, Cammiso, Daly, and Bird;

3. Plaintiff's due process claim is DISMISSED for failure to state a claim upon which relief may be granted; and,

4. Defendants Howard and Kramer are DISMISSED from this action for plaintiff's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated: April 7, 2006**            /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE

2