UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA,<br><br>        Plaintiff,<br><br>vs.<br><br>M.C. KRAMER, et al.,<br><br>        Defendants.<br>_____ / | 1:02-cv-05453-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 103)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 71)<br><br>**ORDER DISMISSING CERTAIN DEFENDANTS FROM ACTION** |

    Mohammed Abdalla ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 14, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 3, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed April 14, 2006,
8 are ADOPTED IN FULL;
9    2.   Defendant Bird's, Sydenstricker's, and Witmer's motion
10 for summary judgment, filed July 5, 2005, is GRANTED; and,
11    3.   Defendants Bird, Sydenstricker, and Witmer are
12 therefore DISMISSED from this action.
13    The action is referred back to the assigned Magistrate Judge
14 for further proceedings.
15 IT IS SO ORDERED.
16 **Dated: May 26, 2006**             /s/ Robert E. Coyle
   668554                           UNITED STATES DISTRICT JUDGE

2