1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8    MOHAMMED ABDALLA,                          CASE NO. 02 5453 REC SMS P

9                     Plaintiff,
                                                ORDER DIRECTING PLAINTIFF TO FILE
10        v.                                    OPPOSITION OR STATEMENT OF NON-
                                                OPPOSITION
11   M.C. KRAMER, et. al.,

12                    Defendant.
                                          /
13

14        Mohammed Abdalla  ("Plaintiff") is a state prisoner proceeding pro se and in forma

15   pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

16        On December 4, 2006, Defendants filed a Motion for Summary Judgment.   To date,

17   Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is

18   required by the Local Rules.  Local Rule 78-230(m).

19        Accordingly, within **TWENTY (20) days** from the date of service of this Order, Plaintiff

20   shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss and for

21   Summary Judgment. **Plaintiff's failure to file an Opposition or Statement of Non-opposition**

22   **in compliance with this order will result in a Recommendation that this action be**

23   **dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

24   IT IS SO ORDERED.

25   **Dated:    January 9, 2007**                        **/s/ Sandra M. Snyder**
     icido3                                     UNITED STATES MAGISTRATE JUDGE
26
27
28