UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABDALLA, | 1:02-cv-05453-LJO-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 108) |
| vs. | |
| KRAMER, ET. AL., | **ORDER DISMISSING CERTAIN DEFENDANTS** |
| Defendants. | |

Mohamed Abdalla ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 2, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On June 19, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed June 2, 2006, are ADOPTED IN FULL; and,

2.  Plaintiff's request to dismiss Defendant Cammiso from the action is GRANTED, and Defendant Daly is also DISMISSED from the action for failure to effect service. The action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

**Dated:    February 16, 2007**            /s/ Lawrence J. O'Neill
b9ed48                           UNITED STATES DISTRICT JUDGE