UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA, | 1:02-cv-05453-LJO-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 127) |
| vs. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 119) |
| KRAMER, et al., | |
| Defendants. | **ORDER PERMITTING DEFENDANT TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT IN THIRTY (30) DAYS** |

    Mohammed Abdalla ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 31, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 31, 2007, are ADOPTED IN FULL;

2. Defendant Rexin's Motion for Summary Judgment, filed December 4, 2006, is DENIED; and,

3. Defendant Rexin may file a Second Motion for Summary Judgment addressing the allegations actually made in the Amended Complaint, within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 12, 2007**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE