UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA,<br><br>    Plaintiff,<br><br>    v.<br><br>REXIN,<br><br>    Defendant.<br>_____/ | 1:02-cv-05453-LJO-SMS-PC<br><br>NOTICE OF WAIVER BY PLAINTIFF OF RIGHT TO PRESENT EVIDENCE AT TRIAL |

    Plaintiff Mohammed Abdalla ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2008, the court issued a Second Scheduling Order ("Order") establishing dates for the Telephonic Trial Confirmation Hearing and Trial in this action. In part, the Order required plaintiff to file a Pretrial Statement on or before June 16, 2008 and to notify the court whether he consents to or declines Magistrate Judge jurisdiction by filling out enclosed forms and returning them to the court. (Doc. 143.) On May 12, 2008, plaintiff submitted a form notifying the court that he consents to Magistrate Judge jurisdiction, and on May 21, 2008, plaintiff filed a motion for the appointment of counsel, which was denied by the court on May 22, 2008. (Docs. 145, 147, 148.) However, to date plaintiff has not filed a Pretrial Statement.

    Under Local Rule 16-281(a), counsel for the plaintiff is required to file and serve a Pretrial Statement notifying the court and the parties of all prospective witnesses, exhibits, and discovery documents to be used at trial. L.R. 16-121(a)(1). Only witnesses listed in the Pretrial Statement are

1 permitted to testify at the trial, and only exhibits listed in the Pretrial Statement are permitted to be
2 offered at trial. L.R. 16-281(b)(10),(11). Because plaintiff failed to file a Pretrial Statement, he has
3 waived his right to call any witnesses at trial, including himself, or to enter any exhibits on the record
4 at trial.  As such, plaintiff has waived his right to present evidence at trial, and by this order
5 PLAINTIFF IS SO NOTIFIED.
6 IT IS SO ORDERED.

**Dated:   July 16, 2008**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE