UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA, | 1:02-cv-05453-LJO-SMS-PC |
|     Plaintiff, | NOTICE OF CHANGE OF HEARING DATE, TIME, AND LOCATION |
|     v. | |
| REXIN, | Telephonic Trial Confirmation Hearing: |
|     Defendant. | <u>WAS</u>  July 28, 2008, at 8:30 a.m. in Courtroom 4 (LJO) |
| | <u>NOW CHANGED TO</u><br>August 5, 2008, at 10:30 a.m. in Courtroom 7 (SMS) |
|                                / | |

      PLEASE TAKE NOTICE that the Telephonic Trial Confirmation Hearing scheduled before the Honorable Lawrence J. O'Neill on **July 28, 2008, at 8:30 a.m.** in Courtroom 4 has been changed. The Telephonic Trial Confirmation Hearing is now scheduled before the Honorable Sandra M. Snyder on **August 5, 2008, at 10:30 a.m.** in Courtroom 7.

IT IS SO ORDERED.

**Dated:**   **July 16, 2008**                     **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE