# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA, | 1:02-cv-05453-LJO-SMS-PC |
| Plaintiff, | ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING |
| v. | HELD AUGUST 5, 2008, 10:30 a.m. |
| REXIN, | <u>Telephonic Trial Confirmation Hearing</u><br>August 5, 2008, at 10:30 a.m. in |
| Defendant. | Courtroom 7 (SMS) |
| | <u>Jury Trial</u><br>August 25, 2008, at 8:30 a.m. in<br>Courtroom 4 (LJO) |
| _____ / | |

    A telephonic trial confirmation hearing was held on August 5, 2008 at 10:30 a.m. before the Honorable Sandra M. Snyder. Appearing telephonically were Plaintiff Mohammed Abdalla <u>in propria persona</u> and Deputy Attorney General Catherine Woodbridge Guess on behalf of defendant Rexin.

    Discussed during the hearing was the order issued by District Judge Lawrence O'Neill on July 17, 2008, precluding Plaintiff from presenting any evidence at trial, including testimony by Plaintiff himself. The court advised Plaintiff that he will virtually unable to proceed to trial unless Judge O'Neill reconsiders his order. Plaintiff was advised that should he seek a motion for reconsideration one should be filed immediately, preferably with a copy of Plaintiff's pretrial statement attached. The Court also clarified that Plaintiff should not assume that because he was

being advised about a motion for reconsideration that relief would be granted.   Judge O'Neill may well deny a motion for reconsideration.

  Counsel for Defendant orally made a motion to dismiss the case, was advised that such motion could not be resolved by this Court at the telephonic hearing,  and that such a motion must be brought before the District Judge in writing.   Defendant was advised that such motion should be brought immediately.

  Jury trial was confirmed for August 25, 2008, at 8:30 a.m., before Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   August 10, 2008**       /s/ Sandra M. Snyder
                 UNITED STATES MAGISTRATE JUDGE