UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABDALLA, | 1:02-cv-05453-LJO-SMS-PC |
| Plaintiff, | NOTICE OF NEW TRIAL DATE |
| v. | Jury Trial: |
| DR. D. REXIN, | WAS  Monday, August 25, 2008 at 8:30 a.m. in Courtroom 4 (LJO) |
| Defendant. | NOW CONTINUED TO Wednesday, August 27, 2008 at 1:30 p.m. in Courtroom 4 (LJO) |
| _____/ | |

PLEASE TAKE NOTICE that the Jury Trial scheduled in this action for **Monday, August 25, 2008, at 8:30 a.m.** in Courtroom 4 before the Honorable Lawrence J. O'Neill has been continued.  The Jury Trial is now scheduled for **Wednesday, August 27, 2008, at 1:30 p.m.** in Courtroom 4 before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   August 20, 2008**            /s/ Lawrence J. O'Neill
                        UNITED STATES DISTRICT JUDGE