UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMED ABDALLA, | ) | 1:02-cv-05453-LJO-SMS (PC) |
| Plaintiff, | ) ) | ORDER VACATING AUGUST 12, 2008 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO MOHAMED ABDALLA |
| v. | ) ) ) | |
| DR. D. REXIN, | ) ) | (DOCUMENT #159) |
| Defendant. | ) ) | |

Mohamed Abdalla ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 12, 2008, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Mohamed Abdalla, commanding the Warden of the California Substance Abuse Treatment Facility and State Prison, in Corcoran, California, to produce California prisoner Mohamed Abdalla, CDC#H-56978, in this court on August 25, 2008, to testify at trial in this action.

On August 20, 2008, the trial in this action was continued from Monday, August 25, 2008 to Wednesday, August 27, 2008.  Accordingly, IT IS ORDERED that the court's order of August 12, 2008, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on August 12, 2008, commanding the production of inmate Mohamed Abdalla, BE VACATED.

IT IS SO ORDERED.

Dated:   **August 20, 2008**                           /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE