# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABDALLA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. D. REXIN,<br><br>　　　　　　Defendant. | 1:02-cv-05453-LJO-SMS-PC<br><br>ORDER SCHEDULING EVIDENTIARY HEARING<br><br>Date:　August 27, 2008<br>Time:　1:30 p.m.<br>Ctrm:　4 (LJO) |

　　　　Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Dr. D. Rexin is represented in this action by Catherine Woodbridge Guess, Esq., of the Office of the Attorney General.

　　　　On August 20, 2008, defendant filed a motion for reconsideration of the order granting plaintiff's motion for reconsideration. (Doc. 171.) Defendant's motion was brought on the grounds that the facts asserted by plaintiff in his motion for reconsideration filed August 11, 2008, misrepresented to the court his access to law library facilities. Defendant also claims that at no time between May 1, 2008, and June 16, 2008 (the date plaintiff's pretrial statement was due) was plaintiff denied access to the prison law library or subject to lockdown. This issue goes to the heart of why the Court granted the Plaintiff's motion for reconsideration.

　　　　Trial in this action is scheduled for August 27, 2008, at 1:30 p.m. In light of defendant's

1  motion for reconsideration, an evidentiary hearing regarding defendant's claim of plaintiff's false
2  representation to the court shall be held before the commencement of trial.  The evidentiary hearing
3  is ORDERED set for **August 27, 2008, at 1:30 p.m., before the undersigned.**  Depending on how
4  the Court rules on the pending motion of the Defendant, this will determine whether or not there will
5  be a trial.

7  IT IS SO ORDERED.

8  **Dated:     August 21, 2008**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE