# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABDALLA,<br><br>             Plaintiff,<br><br>     v.<br><br>DR. D. REXIN,<br><br>             Defendant. | 1:02-cv-05453-LJO-SMS-PC<br><br>NOTICE OF NEW TIME FOR<br>EVIDENTIARY HEARING<br><br>Date:  August 27, 2008<br>Time:  **3:30 p.m.**<br>Ctrm:  4 (LJO) |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Dr. D. Rexin is represented in this action by Catherine Woodbridge Guess, Esq., of the Office of the Attorney General.

PLEASE TAKE NOTICE that the time for the Evidentiary Hearing scheduled in this action for 1:30 p.m. on Wednesday, August 27, 2008 has been changed due to continued jury trial obligations in on-going trials (i.e. the Court is in its 16th week out of the past 18 weeks). The Evidentiary Hearing is now scheduled for **3:30 p.m.** on Wednesday, August 27, 2008 in Courtroom 4 before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   August 25, 2008**                              /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE