# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA, | 1:02-cv-05453-LJO-SMS-PC |
| Plaintiff, | ORDER FOLLOWING EVIDENTIARY HEARING HELD AUGUST 27, 2008, 1:30 p.m. |
| v. | |
| D. REXIN, | ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |
| Defendant. / | |

On August 27, 2008, at 1:30 p.m., this court held an Evidentiary Hearing before Judge Lawrence J. O'Neill on defendant's Motion for Reconsideration filed August 20, 2008. Plaintiff Mohamed Abdalla appeared in propria persona, and Deputy Attorney General Catherine Woodbridge Guess appeared on behalf of defendant D. Rexin. Two witnesses testified on behalf of the defendant.

Defendant presented evidence that plaintiff had misrepresented the facts in plaintiff's motion for reconsideration filed August 18, 2008. Plaintiff presented no witnesses. At the close of evidence, defendant brought a motion for the court to reconsider its ruling on plaintiff's motion for reconsideration, to reinstate the order precluding plaintiff from presenting evidence at trial, and to dismiss the action. Based on the evidence presented, the Court granted defendant's motions. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for reconsideration of this Court's order of August 12, 2008 is granted;

2. The Court's order of August 12, 2008, which granted plaintiff's motion for reconsideration and relief, is vacated;

3. The court's order of July 16, 2008 (erroneously referred to as the JUNE 16, 2008 order on the record in open court), precluding plaintiff from presenting evidence at trial, is reinstated;

4. In that the Plaintiff is precluded from presenting evidence at trial, Defendant's motion to dismiss is granted; Alternatively, due to the nature of the allegations made by the Plaintiff (i.e. medical malpractice by the physician defendant), coupled with the absence of a named expert for the Plaintiff, as a matter of law, Plaintiff could not have prevailed, and the case could not have been submitted to the jury for decision;

5. This action is dismissed in its entirety; and

6. The Clerk of Court is directed to close this case.

7. This Court incorporates by reference the oral decision of the Court given at the evidentiary hearing on August 27, 2008.

IT IS SO ORDERED.

Dated:   **August 27, 2008**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE