**FILED**

AUG 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA, | CASE NO. 1:02-cv-05453 LJO-SMS PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS PARTY-WITNESS IN THIS PROCEEDING, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| M.C. KRAMER, et al., | |
| Defendants. | |

Evidentiary Hearing was held in this matter on August 27, 2008. The Defendant's Motion to Dismiss is hereby GRANTED and the Jury Trial currently set for August 28, 2008 is hereby VACATED (the transcript of the oral ruling is hereby incorporated by reference).

Accordingly, Plaintiff Mohammed Abdalla, H-56978, is no longer needed by the Court as a party-witness in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison.

DATED: August 27, 2008

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1